UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMUEL DANON;<br>ANITA DANON;<br>GINA SALDIVAR;<br>GET SHAVED, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-01291-BRO-JEM<br><br>**ORDER** |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS HEREBY ORDERED**

Dated: June 6, 2016                     _____
　　　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

ORDER ON Joint
Stipulation for Dismissal          Case: 2:16-CV-01291-BRO-JEM